

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| JOANNE TROWBRIDGE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.  1:19-CV-358** |
| | § | **JUDGE MICHAEL J. TRUNCALE** |
| SLEEPY HOLLOW HOLDINGS LP, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

## ORDER ADOPTING REPORT AND OF DISMISSAL

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration.  On November 20, 2020, the magistrate judge issued his Report and Recommendation, recommending that the District Court grant Defendant Sleepy Hollow Holdings LP's Motion to Dismiss (ECF No. 12).  *See Report and Recommendation* (ECF No. 13).  No party has filed objections pursuant to 28 U.S.C. § 636(b)(1)(c).

In accordance with 28 United States Code § 636(b), the Court conducted a *de novo* review of the magistrate judge's findings, the record, and the applicable law in this proceeding.  After review, the Court finds that Judge Giblin's findings and recommendations should be accepted.

Plaintiff has failed to comply with Federal Rule of Civil Procedure 4(m), and the complaint should be dismissed for failure to serve Defendant properly.  *See Gartin v. Par Pharmaceutical*

1

*Companies, Inc.*, 289 F. App'x 688, 694 (5th Cir. 2008).  It is therefore **ORDERED** that the Report and Recommendation (ECF No. 13) is **ADOPTED**.  The Court **ORDERS** that the Defendant's Motion to Dismiss (ECF No. 12) is **GRANTED** and Plaintiff's claims are **DISMISSED**, in their entirety, without prejudice.  The Clerk is directed to **CLOSE** this case.

**SIGNED this 17th day of December, 2020.**

_____
Michael J. Truncale
United States District Judge